UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER FAHEY,<br><br>        Plaintiff,<br><br>    v.<br><br>WHOLE FOODS MARKET, INC., et al.,<br><br>        Defendants. | Case No. 20-cv-06737-JST<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On June 30, 2021, this Court granted Defendant Whole Foods Market, Inc.'s motion to dismiss Plaintiff Jennifer Fahey's complaint for false advertising. ECF No. 37. The Court gave Fahey twenty-one days to file an amended complaint, explaining that "[f]ailure to timely file an amended complaint [would] result in dismissal of the claims with prejudice." *Id.* at 12.

No amended complaint has been filed. This case is therefore dismissed with prejudice. The Clerk shall enter judgment for Defendants and close the case.

**IT IS SO ORDERED.**

Dated: August 27, 2021

                                        JON S. TIGAR
                                United States District Judge