United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNIFER FAHEY,

    Plaintiff,

  v.

WHOLE FOODS MARKET, INC., et al.,

    Defendants.

Case No. 20-cv-06737-JST

**CLERK'S JUDGEMENT**

Re: Dkt. No. 39

Pursuant to the Order Dismissing Case with Prejudice signed August 27, 2021, judgment is hereby entered in favor of Defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: Friday, August 27, 2021

Susan Y. Soong
Clerk, United States District Court

By: _____
Mauriona Lee, Deputy Clerk to the
Honorable JON S. TIGAR